709 A.2d 203

IN THE MATTER OF MANOS M. LAMPIDIS,
AN ATTORNEY AT LAW.

May 21, 1998.

## ORDER

The Disciplinary Review Board on April 3, 1998, having filed with the Court its decision concluding that **MANOS M. LAMPIDIS** of **TEANECK**, who was admitted to the bar of this State in 1972, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to commu-

nicate), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **MANOS M. LAMPIDIS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.